IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE

| | |
|---|---|
| PATSY B. CRYE, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 2-393-12 |
| ROHM & HAAS CHEMICAL, LLC and DOW CHEMICAL COMPANY, | ) ) ) ) |
|     Defendants. | ) |

### NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446(d), The Dow Chemical Company ("Dow") (misidentified in the Complaint as "Dow Chemical Company") and Rohm & Haas Chemicals, LLC ("Rohm & Haas") (misidentified in the Complaint as "Rohm & Haas Chemical, LLC"), hereby provide this Court and all parties with written notice that they have filed the attached Notice of Removal with the United States District Court for the Eastern District of Tennessee. Pursuant to 28 U.S.C. §§ 1441 and 1446(d), Dow and Rohm & Haas respectfully request that this Court take no further action concerning this case.

*[signature]*
John E. Winters, BPR #016345
Betsy J. Beck, BPR #022863
KRAMER RAYSON LLP
P. O. Box 629
Knoxville, TN 37901-0629
(865) 525-5134
jwinters@kramer-rayson.com

*Attorneys for Defendant*
*The Dow Chemical Company and*
*Rohm & Haas Chemicals, LLC*

EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2012, I have served a true and correct copy of the **Notice of Filing of Notice of Removal** upon counsel for Plaintiff by U.S. Mail, with adequate postage thereon, addressed as follows:

    J. Steven Collins
    Burroughs Collins & Newcomb, PLC
    P.O. Box 551
    Knoxville, TN 37901-0551
    (865) 342-1040

                              /s/ John E. Winters
                              John E. Winters

2

Case 3:12-cv-00482-PLR-CCS   Document 1-1   Filed 09/14/12   Page 2 of 2   PageID #: 6