UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PATSY B. CRYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:12-CV-00482 |
| | ) (Reeves/Shirley) |
| ROHM & HAAS CHEMICAL, LLC | ) |
| and DOW CHEMICAL COMPANY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Come the parties, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and announce to the Court that each stipulates to the dismissal of the Complaint with prejudice. Each party agrees to bear its own attorneys' fees and costs associated with this matter.

Respectfully submitted this 9th day of May, 2014.

/s/ J. Steven Collins
J. Steven Collins, BPR #012030
Burroughs Collins & Newcomb, PLC
P.O. Box 551
900 S. Gay Street, Suite 600
Knoxville, TN 37901-0551
(865) 342-1040
*Attorney for Plaintiff,*
*Patsy B. Crye*


/s/ John E. Winters
John E. Winters, BPR # 016345
KRAMER RAYSON LLP
P. O. Box 629
Knoxville, TN 37901-0629
(865) 525-5134
*Attorney for Defendant,*
*Rohm & Haas Chemicals, LLC and*
*The Dow Chemical Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ John E. Winters
John E. Winters